```
 1  Law Offices of
    Bridegroom & Hayes
 2  1656 N. Columbus Blvd.
    Tucson, AZ  85712
 3  (520) 792-0600 or (520) 327-0672
    Fax: (520) 323-6474
 4  Raymond R. Hayes, Attorney for Debtor
    Bar No. 002551
 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| TONY A. CASTLEMAN, | ) | Case No.   4-08-bk-14242-JMM |
| PATRICIA K. CASTLEMAN, | ) | |
|         Debtors. | ) | DEBTOR'S OBJECTION TO PROOF |
| | ) | OF CLAIM AND NOTICE THEREON |

COMES NOW the Debtors, TONY and PATRICIA CASTLEMAN, by and through the undersigned attorney, RAYMOND R. HAYES, and hereby objects to the following claim:

Claim number 14, dated December 11, 2008, June 3, 2005, filed on December 19, 2008 in the amount of $13,236.84 by or on behalf of HFC upon the following grounds:

Creditor's claim is an unsecured personal credit line which had no collateral. Creditor claims to have a judgment, which does not make the claim secured.

The Debtor recommends that said claim be treated as follows:

Allowed as unsecured in the amount of $13,236.84.

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the Debtor, unless on or before (30 DAYS FROM MAILING), the creditor:

Files a written request for a hearing, AND SETS FORTH the specific grounds for such request with the Clerk of Court, and mails a copy thereof to the undersigned at: 1656 North Columbus Blvd. Tucson, AZ. 85712.

...
...
...
...
...
...
...
...

Case No.   4-08-bk-14242-JMM

   A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed below.

                                    DATED this 5th day of February, 2009.

                                    BRIDEGROOM & HAYES
                                    /s/ Raymond R. Hayes
                                    Raymond R. Hayes
                                    Attorney for Debtor

A copy of the foregoing was
mailed the 6th day of
February, 2009 to:

HFC
P O Box 9618
Virginia Beach, VA 23450

Dianne C. Kerns, Trustee
PMB 413
7320 North La Cholla Blvd #154
Tucson, AZ 85741-2305