**THIS ORDER IS APPROVED.**



1 **Law Offices of**
**Bridegroom & Hayes**

**Dated: March 16, 2009**

2 1656 N. Columbus Blvd.
Tucson, AZ   85712

3 (520) 792-0600 or
(520) 327-0672

4 Fax: (520) 323-6474
Raymond R. Hayes, Attorney for Debtor

**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

5 Bar No. 002551

6 IN THE UNITED STATES BANKRUPTCY COURT

7 FOR THE DISTRICT OF ARIZONA

8 In Re:                                    )    Chapter 13
                                           )
9 TONY A. CASTLEMAN,                        )    Case No. 4-08-bk-14242-JMM
PATRICIA K. CASTLEMAN,                      )
10                                          )    ORDER ON DEBTORS' OBJECTION TO
          Debtor.                          )    CLAIM NUMBER 14
11 _____)

12      The Debtors having objected on February 5, 2009 to the above-referenced

13 claim, and after due notice by mail to the claimant, and the claimant having

14 failed to response, or after a hearing on the claimant's response, and

15 claimant having been paid the following sums, and good cause appearing;

16      IT IS ORDERED that:

17      The Debtors' objection is sustained and the following claim allowed:

18      Claim No. 14, filed by HFC, is allowed as unsecured in the amount of

19 $13,236.84.

20                                     DATED:

21                                     _____

22                                     Honorable Judge JAMES M. MARLAR,
                                       United States Bankruptcy Court Judge

23

24

25

26

27

28